**STATE of Missouri, Respondent,**

v.

**John R. AUBERLIN, Jr., Appellant.**

**No. WD 63362.**

Missouri Court of Appeals,
Western District.

Oct. 19, 2004.

Kent Denzel, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: VICTOR C. HOWARD, P.J., ROBERT G. ULRICH and PATRICIA A. BRECKENRIDGE, JJ.

**ORDER**

PER CURIAM.

John Auberlin Jr. appeals his convictions and sentences following jury trial for attempted forcible rape, section 566.030, RSMo 2000, two counts of forcible sodomy, section 566.060, RSMo 2000, kidnapping, section 565.110, RSMo 2000, and first degree burglary, section 569.160, RSMo 2000. In his sole point on appeal, he claims that the trial court plainly erred in finding him competent to stand trial. The

judgment of convictions is affirmed. Rule 30.25(b).